UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS HERNANDEZ BARRERA,

                Petitioner,

- against -

THOMAS DECKER,
    in his official capacity as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement,

KEVIN McALEENAN,
    in his official capacity as Acting Secretary, Department of Homeland Security, and

WILLIAM BARR,
    in his official capacity as Attorney General, U.S. Department of Justice,

                Respondents.

**ORDER**

19 Civ. 5611 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Court's December 10, 2019 order (Dkt. No. 15) is hereby withdrawn.

Dated: New York, New York
       December 18, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge

1